1C

**FILED**

**Honorable Judge Alonso**
**Northern District Of Illinois Eastern**
**Case: NO 23-CV-4157**

MAR 13 2025 BL

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Judge Alonso,

I am writing this in hopes to add some additional information for this litigation case. As a small business owner signatory to the union for 20+ years. The union has had 3 different head business agents throughout my time as a signatory contractor, in which I held good relationships with. During the prior years my relationship with the union has always been great as we worked together. The previous business agents often vetted me as a premier minority contractor. I even was recommended by the previous business agents and received the honor to paint President Barack Obama's house in Hyde Park. Along with many other community projects we worked closely with throughout the 23 years that I was signatory. The false claims made by the plaintiffs are simply not credible. The plaintiffs stated that my accounts were undercapitalized; Because one account went negative over a 23 year span, due to an error. I have attached a letter from the banks account manager, providing detail that this allegation is not true. This could have been clarified upon meeting with the union if I was offered a proper opportunity. .

For over 2 years I have been trying to balance business expenses and attorney fees. I am no longer able to defend myself in court due to financial reasons and hardship. This has led to me filing both business and personal bankruptcy. My company is now closed, and I am now searching for a new career path. The plaintiff has gone to the fullest extent to attempt to hold my family members liable for unmerited debt. I have been a single member business owner since 2001. Although I never agreed with any of the false accusations presented by the plaintiffs, I tried to cooperate and settle differences multiple times, by making offers in an attempt to keep my business operating.

I am no longer able to afford legal representation for myself or My mother. My mother is a senior citizen with no income she only receives social security. My Son is suffering financially as well, as he has obtained his own legal representation throughout this entire litigation, in hopes of getting dismissed from this case. Even though I am not able to financially continue this litigation, I just wanted to submit to you this final statement. I deeply appreciate you taking the time to read this. I trust in the court's judgement and fairness and hope that my letter provides useful insight on this matter.

*Respectfully,*

**Kenneth L Kidd**



*Honorable Judge Alonso*
*northern District of Ill-*
*Eastern*
*(Case no 23-CV-4157)*

March 13, 2025

KDK Decorators LLC
Kenneth L Kidd

Re: Overdraft Inquiries - Details

This letter confirms that KDK Decorators LLC (*authorized signer Kenneth L. Kidd*) account relationships began with Seaway Bank in 2002. Self-Help FCU acquired the bank and account holders in 2017. Since the acquisition, Mr. Kidd's account relationships were always in "good standing".

Currently, Self-Help FCU will not pay items on funds that are not available and we do not generate overdraft fees. With that in mind, Mr. Kidd had requested that funds "sweep" from an assigned account in order to prevent items from being returned as NSF. This request came immediately after an oversight by the teller, who posted funds into an incorrect account. There are not additional charges for this feature to the member or the institution. The below description is an example of identifying the item(s) which did a "sweep" from the assigned account:

| Date | Description | | Ref | | | |
|---|---|---|---|---|---|---|
| 06/07/2022 | Share Draft Withdrawal | | 20063 | -720.00 | -720.00 | -720.00 |
| 06/07/2022 | Overdraft Share Deposit S-3 | | | 720.00 | 720.00 | 0.00 |

Should you require more information, you can contact me directly @ 877-369-2828 ext. 8328.

Thank you,

*April Snow*
April Snow
Area Branch Manager